AO 240A  (Rev. 01/09; NJ 07/16)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

PAUL BISHOP

                Plaintiff(s),

    **v.**

US DEPARTMENT OF AGRICULTURE et al

                Defendant(s).

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Civil Action No. 3:17-cv-3372

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

[✓] **GRANTED**, and

[✓] The clerk is ordered to file the complaint,

[✓] **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

[ ] **DENIED**, for the following reasons:

[ ] **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this  11th  day of December , 2017    s/ Brian R. Martinotti
                                                                                Signature of Judicial Officer

                                                                                Brian R. Martinotti, USDJ
                                                                                Name and Title of Judicial Officer